# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 96-1802

———————

Mae E. Gettis,                              *
                                            *
        Appellant,                          *
                                            *   Appeal from the United States
    v.                                      *   District Court for the
                                            *   Eastern District of Arkansas.
City of Little Rock Parks &                 *
Recreation; City of Little                  *        [UNPUBLISHED]
Rock,                                       *
                                            *
        Appellees.                          *

———————

Submitted:  March 20, 1997

Filed:  March 28, 1997

———————

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.

———————

PER CURIAM.

Mae E. Gettis appeals from the district court[1] order granting summary judgment to defendants in her employment discrimination action. Having reviewed the record and the parties' briefs, we affirm the judgment for the reasons set forth in the district court's opinion. See 8th Cir. R. 47B.

———————

[1]The Honorable Henry Woods, United States District Judge for the Eastern District of Arkansas.

A true copy.

   Attest:

      CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.